UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO. 4:06CR00415

JASON BOWERS

### DISMISSAL OF SUPERSEDING INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled superseding indictment against the named defendant because he has already pled guilty to the original indictment.

JANE W. DUKE
Acting United States Attorney

/s/ Edward O. Walker
EDWARD O. WALKER
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600

Leave of Court is granted this 26th day of September, 2007, for the filing of the foregoing dismissal of indictment.

UNITED STATES DISTRICT JUDGE